# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-16-00310-CV

**T. David Young, Appellant**

**v.**

**PlainsCapital Bank, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND BOURLAND
## AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the summary judgment signed by the district court on April 21, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.